LAURA E. DUFFY
United States Attorney
MARK W. PLETCHER
Assistant U.S. Attorney
Colorado Bar No.: 034615
ROBERT S. HUIE
Assistant U.S. Attorney
California Bar No.: 237374
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9714
Email: mark.pletcher@usdoj.gov

WILLIAM J. STELLMACH
Acting Chief, Fraud Section
CATHERINE VOTAW
D.C. Bar No.: 1012563
BRIAN R. YOUNG
Ohio Bar No.: 0078395
Trial Attorneys, Fraud Section
Criminal Division
Tel: (202) 616-3114
Email: brian.young4@usdoj.gov

Attorneys for the United States

FILED
JAN 6 2015

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13-CR-4287-JLS |
|---|---|
| v. | **SUPERSEDING INFORMATION** |
| JOSE LUIS SANCHEZ, | Title 18, U.S.C., Sec. 371 – Conspiracy to Commit Bribery |
| Defendant. | Title 18, U.S.C., Sec. 201(b)(2)(A) and (C) – Bribery |

The United States charges that, at all times relevant to this Information:

1. Defendant JOSE LUIS SANCHEZ is a Commander in the U.S. Navy who is currently stationed in San Diego, California. From about May 2012 until April 2013, SANCHEZ served as the Executive Officer for the Commanding Officer of the Fleet Logistics Command ("FLC") in Yokosuka, Japan. FLC Yokosuka and other FLCs located in Asia were responsible for the solicitation, award, and oversight of contracts to entities that provided goods and services to the U.S. Navy. In his position as Executive Officer, SANCHEZ was involved in all the operational and administrative efforts performed by personnel within FLC Yokosuka and its subordinate FLC in Singapore. From about July 2010 until about May 2012, SANCHEZ was the Director of Operations for FLC Yokosuka, where he was responsible for the operations and administration of ashore logistics support for Seventh Fleet units. From about April 2008 to April 2010, SANCHEZ was the Deputy Logistics Officer for the Commander of the U.S. Navy Seventh Fleet in Yokosuka, Japan. As the Deputy Logistics Officer, SANCHEZ was responsible for assuring that all Seventh Fleet ships received the supplies and services needed to maintain readiness. At all times, as an Officer in the U.S. Navy, SANCHEZ was a "public official" as defined in 18 U.S.C. § 201(a).

2. GDMA was a multi-national corporation with headquarters in Singapore and operating locations throughout Asia, including in Japan, Thailand, the Philippines, and elsewhere. GDMA's main business was the "husbanding" of marine vessels, which involved the coordination, scheduling, and direct and indirect procurement of items and services required by ships and submarines when they arrived in port. GDMA had been husbanding vessels for the U.S. Navy for over 25 years under contracts with the U.S. Navy. In or around June 2011, the U.S. Navy awarded GDMA three regional contracts to provide husbanding services to U.S. ships and submarines throughout the Seventh Fleet's area of operations.

3. Leonard Glenn Francis was the President and Chief Executive Officer of GDMA.

4. It was a violation of SANCHEZ's official and lawful duties: (a) to transmit information that the U.S. Navy had classified as "Confidential" to any person not entitled to receive it; (b) to make unauthorized disclosure of proprietary, internal U.S. Navy information; and (c) to use his position and influence within the U.S. Navy to promote the interests of GDMA and Francis.

## COUNT 1 – CONSPIRACY TO COMMIT BRIBERY

### THE CONSPIRACY

5. Beginning in or about September 2009, and continuing to in or about September 2013, on the high seas and outside the jurisdiction of any particular district, defendant U.S. Navy Commander JOSE LUIS SANCHEZ, a public official, Leonard Glenn Francis, and others knowingly and unlawfully conspired and agreed to commit bribery, in violation of Title 18, United States Code, Sections 201(b)(2)(A) and (C).

### OBJECT OF THE CONSPIRACY

6. It was the object of the conspiracy for SANCHEZ to demand, receive, and accept things of value from GDMA and Francis, including cash, travel and entertainment expenses, and the services of prostitutes, and in return SANCHEZ would provide GDMA and Francis with classified U.S. Navy ship schedules and other proprietary, internal U.S. Navy information, and would use his position and influence with the U.S. Navy to benefit GDMA.

### METHODS AND MEANS OF THE CONSPIRACY

7. In furtherance of this conspiracy, and to accomplish its unlawful object, the following methods and means were used, among others:

   a. GDMA and Francis would give, offer, and promise things of value to or on behalf of SANCHEZ, including cash, travel and entertainment expenses, and the services of prostitutes.

b. SANCHEZ would demand, seek, receive, accept and agree to receive and accept these things of value from GDMA and Francis.

c. In return for things of value, SANCHEZ would provide GDMA and Francis with classified U.S. Navy ship schedules and other proprietary, internal U.S. Navy information, and would use his position and influence with the U.S. Navy to benefit GDMA.

## OVERT ACTS

8. In furtherance of the conspiracy and to effect its unlawful object, the following overt acts, among others, were committed:

a. On or about July 21, 2011, Francis arranged and paid for a prostitute for SANCHEZ while SANCHEZ was in Singapore.

b. On or about May 8, 2012, Francis paid for SANCHEZ to stay at the Shangri-La, a luxury hotel in Singapore, for the period of May 14-19, 2012.

c. In or about July 2012, Francis paid over $7,500 for SANCHEZ's travel from Asia to the United States.

d. On or about the following days, among others, SANCHEZ provided Francis with classified U.S. Navy ship and submarine schedules: September 14, 2009; September 16, 2009; October 6, 2009; June 13, 2010; February 5, 2011; April 11, 2011; and May 23, 2011.

e. On or about October 20, 2011, in reference to a port visit to Laem Chabang, Thailand, Francis sent an email to SANCHEZ asking him to "swing" [i.e. advocate for and advance GDMA's interests] a U.S. Navy fuel purchasing decision "our way." On or about October 21, 2011, SANCHEZ replied, "ask and you shall receive . . . we worked this out this morning . . . ." In October 2011, the USS Mustin did, in fact, conduct a port visit to Laem Chabang, during which the USS Mustin purchased fuel from GDMA.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2 – BRIBERY

9. The allegations in Paragraphs 1 through 4 and 6 through 8 of this Superseding Information are hereby re-alleged and incorporated by reference.

10. Beginning in or about September 2009, and continuing until in or about September 2013, on the high seas and outside the jurisdiction of any particular district, defendant U.S. Navy Commander JOSE LUIS SANCHEZ, a public official, directly and indirectly, corruptly demanded, sought, received, and accepted things of value from GDMA and Francis, including cash, travel and entertainment expenses, and the services of prostitutes, in return for SANCHEZ being influenced in the performance of official acts, and in return for SANCHEZ being induced to do and omit to do acts in violation of his official duties, including providing to GDMA and Francis classified and other proprietary, internal U.S. Navy information and using his position and influence with the U.S. Navy to benefit GDMA, all in violation of Title 18, United States Code, Sections 201(b)(2)(A) and (C).

## **FORFEITURE ALLEGATIONS**

11. The allegations set forth in Paragraphs 1 through 10 of this Information are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c).

12. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the above-named defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c), including but not limited to all property, real or personal, which constitutes or is derived from proceeds traceable to bribes or a bribery conspiracy, as alleged in this Information.

DATED: January 6, 2015.

LAURA E. DUFFY
United States Attorney

By: /s/ Mark W. Pletcher

MARK W. PLETCHER
ROBERT S. HUIE
Assistant U.S. Attorneys

WILLIAM J. STELLMACH
Acting Chief, Fraud Section
Criminal Division

By: /s/ Catherine Votaw

CATHERINE VOTAW
BRIAN R. YOUNG
Trial Attorneys
Fraud Section
U.S. Department of Justice