UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE LUIS SANCHEZ (2),<br><br>　　　　Defendant | Case No.: 13-CR-04287-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE  SENTENCING HEARING** |

　　　THIS MATTER having come before the Court on the Joint Motion to Continue the Sentencing Hearing set March 27, 2015 to October 9, 2015, and the Court finding the motion is well taken and unopposed, it is hereby ordered that the Joint Motion to Continue Sentencing Hearing is granted.

　　　IT IS FURTHER ORDERED that the Sentencing Hearing will take place on October 9, 2015.

　　　IT IS SO ORDERED.

Dated:  February 20, 2015

　　　　　　　　　　　　　　　　　　　　　_Janis L. Sammartino_
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge