UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS SANCHEZ (2),<br><br>Defendant | Case No.: 13-CR-04287-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

THIS MATTER having come before the Court on the Joint Motion to Continue the Sentencing Hearing set for May 4, 2018 at 9:00 a.m. to November 2, 2018 at 9:00 a.m. and the Court finding the motion is well taken and unopposed, it is hereby ordered that the Joint Motion to Continue Sentencing Hearing is granted.

IT IS FURTHER ORDERED that a new Sentencing Hearing will take place on November 2, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 14, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge